# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Dyson, Inc.

                            Plaintiff,

v.                                                  Case No.: 1:10−cv−04215
                                                  Honorable Marvin E. Aspen

Euro−Pro Operating LLC

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 20, 2010:

      MINUTE entry before Honorable Marvin E. Aspen:Application of Lawrence I. Weinstein and Brendan J. O'Rourke to appear pro hac vice [7 & 8] on behalf of plaintiff is granted Motions terminated. Attorney Brendan J. O'Rourke,Lawrence I Weinstein for Dyson, Inc. added. The status hearing set for 8/26/10 is stricken and reset to 9/16/2010 at 10:30 AM.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.