**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DYSON, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Case No.1:10-CV-04215 |
| | ) | |
| EURO-PRO OPERATING LLC, | ) | Hon. Marvin E. Aspen |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff, Dyson, Inc., dismisses its claim with prejudice against Defendant Euro-Pro Operating LLC, in the above-captioned action. Each party is to bear its own costs and attorney's fees. Although counsel for Defendant has not yet appeared in this case, by signature below, counsel for Defendant agrees to entry of the Order of Dismissal.

Dated: September 13, 2010                    Dated: September 13, 2010

By:  */s/ Catherine J. Spector*              By:  */s/ Roger A. Colaizzi*
    Steven R. Gilford (IL Bar No. 3121730)          Roger A. Colaizzi
    Catherine J. Spector (IL Bar No. 6287459)       rcolaizzi@venable.com
    PROSKAUER ROSE LLP                              VENABLE LLP
    Three First National Plaza                      575 7th Street, NW
    70 W. Madison, Ste. 3800                        Washington, DC 20004
    Chicago, Illinois 60602-4342                    Phone: (202) 344-4000
    Telephone (312) 962-3550                        Fax: (202) 344-8300
    Facsimile (312) 962-3551
    Email: sgilford@proskauer.com                   *Attorneys for Defendant*
    Email: cspector@proskauer.com                   *Euro-Pro Operating LLC*

    -and-

    Lawrence I. Weinstein
    *(admitted pro hac vice)*

- 2 -

Brendan J. O'Rourke
*(admitted pro hac vice)*
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
Tel.: 212.969.3000
Fax.: 212.969.2900

Email: lweinstein@proskauer.com
Email: borourke@proskauer.com

*Attorneys for Plaintiff Dyson, Inc.*