**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

Dyson, Inc.
                        Plaintiff,

v.                                        Case No.: 1:10−cv−04215
                                               Honorable Marvin E. Aspen

Euro−Pro Operating LLC
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 13, 2010:

      MINUTE entry before Honorable Marvin E. Aspen: Pursuant to Fed.R.Civ.P. 41(a), all of Plaintiff's claims against defendant Euro−Pro Operating LLC are dismissed with prejudice. Each party is to bear its own costs and attorney's fees. Civil case terminated. The status hearing set for 9/28/10 is stricken. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.